Not-Mot - ZCM.wpd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, *et al.*, ) ) ) | **DOCKETED** |
| Plaintiffs, ) ) | JAN 2 2 2003 |
| v. ) ) | |
| MARTIN JAMES ALLAMIAN, *et al.*, ) ) | |
| Defendants. ) ) | |
| JOHN H. WALDOCK, solely as Trustee of the JOHN H. ) WALDOCK TRUST U/A/D 12/1/88, *et al.*, ) ) | No. 01 C 6250 |
| Counterclaimants/Cross-Claimants, ) ) | Hon. Amy J. St. Eve |
| v. ) ) | |
| ZURICH CAPITAL MARKETS INC., *et al.*, ) ) | **FILED** |
| Counter-defendants, ) and ) | JAN 1 7 2003 |
| M.J. DIVERSIFIED FUND, L.P., *et al.*, ) ) | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Cross-defendants. ) | |

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on Wednesday, January 23, 2003 at 9:00 a.m., or as soon thereafter as I may be heard, I will appear before the Hon. Amy J. St. Eve in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the AGREED MOTION FOR ISSUANCE OF ORDER TO DEPARTMENT OF STATE FOR PASSPORT RECORDS OF DEFENDANT MARTIN ALLAMIAN, a copy of which is hereby served upon you.

Respectfully submitted,

[signature]

One of the attorneys for Movants

GEKAS & ASSOCIATES, LTD.
Suite 1020



288

Eleven South La Salle Street
Chicago, Illinois 60603
(312) 726-4501

## CERTIFICATE OF SERVICE

I certify that on ___1/17/03___, a copy of the foregoing was served on the following persons by facsimile and first class mail unless otherwise shown:

David P. Sanders/Jessica M. Aspen
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611

Courtney R. Rockett/Helen M. Maher
BOIES, SCHILLER AND FLEXNER LLP
80 Business Park Drive
Armonk, NY 10504

Michael Anthony Alesia (mail only)
ALESIA, ALLAMIAN & MENCONI
1111 Plaza Drive, Suite 690
Schaumburg, IL 60173

Alan B. Vickery/Philippe Z. Selendy
BOIES, SCHILLER AND FLEXNER LLP
570 Lexington Avenue
New York, NY 10022

Michael A. Chabraja
ROSS & HARDIES
150 North Michigan Avenue - Suite 2500
Chicago, IL 60601-7567

2

| BROADCAST REPORT |
|---|

```
TIME   : 01/17/2003 10:15
NAME   : GEKAS & ASSOCIATES
FAX    : 3127264505
TEL    : 3127264501
SER.#  : BROJ2J643054
```

| PAGE(S) | 10 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 01/17 | 09:58 | BOIES ARMONK | 02:40 | 10 | OK | ECM |
| 01/17 | 10:02 | ROSS HARDIES | 02:25 | 10 | OK | ECM |
| 01/17 | 10:05 | JENNER | 02:23 | 10 | OK | ECM |
| 01/17 | 10:13 | BOIES NYC | 02:14 | 10 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

Passport Mot.wpd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARTIN JAMES ALLAMIAN, *et al.*, | ) ) |
| Defendants. | ) ) |
| JOHN H. WALDOCK, solely as Trustee of the JOHN H. WALDOCK TRUST U/A/D 12/1/88, *et al.*, | ) ) ) |
| Counterclaimants/Cross-Claimants, | ) ) |
| v. | ) ) |
| ZURICH CAPITAL MARKETS INC., *et al.*, | ) ) |
| Counter-defendants, and | ) ) ) |
| M.J. DIVERSIFIED FUND, L.P., *et al.*, | ) ) |
| Cross-defendants. | ) ) |

No. 01 C 6250

Hon. Amy J. St. Eve

DOCKETED
JAN 2 2 2003

FILED
JAN 17 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AGREED MOTION FOR ISSUANCE OF ORDER
## TO DEPARTMENT OF STATE FOR PASSPORT RECORDS
## OF DEFENDANT MARTIN ALLAMIAN

Intervenors respectfully file this Agreed Motion for issuance of an order to the U.S. Department of State's Passport Service for copies of the passport records of Martin Allamian.

Mr. Allamian was ordered to lodge his passport with the Court, but when he did so he lodged a passport that had expired on March 31, 2002.

Thereafter, he filed an affidavit stating the following:

288

I am aware that my passport expired on March 31, 2002. I do not have a valid passport in my possession. I did not apply for a new passport after my prior passport expired on March 31, 2002.

Mr. Allamian's affidavit leaves unexplained the possibility that he applied for a new passport before March 31, 2002 and it is in someone else's possession.

There is a simple and inexpensive way to determine the status of his passport – an order to the Passport Service for his records.

Attached as Exhibit 1 is the information from the Passport Service's webpage stating how such information can be obtained. One method is by court order to the Research & Liaison Section of the Passport Service of the Department of State.

Intervenors request the issuance of such an order.

Courtney Rockett, one of Plaintiffs' attorneys, and Michael Chabraja, the attorney for Mr. Allamian and the other Allamian Defendants, have authorized undersigned counsel to state that they have no objection to this Motion.

A draft order is tendered herewith.

WHEREFORE, Intervenors ask that the Court issue an order to the Department of State's Passport Service for the passport records of Martin Allamian.

Respectfully submitted,

_Constantine R. Gekas_
One of the attorneys for Intervenors

GEKAS & ASSOCIATES, LTD.
Suite 1020
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

2

## CERTIFICATE OF SERVICE

I certify that on ___1/17/03___, a copy of the foregoing was served on the following persons by facsimile and first class mail unless otherwise shown:

David P. Sanders/Chadwick O. Brooker
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611

Alan B. Vickery/Philippe Z. Selendy
BOIES, SCHILLER AND FLEXNER LLP
570 Lexington Avenue
New York, NY 10022

Courtney R. Rockett/Helen M. Maher
BOIES, SCHILLER AND FLEXNER LLP
333 Main Street
Armonk, NY 10504

Michael A. Chabraja
ROSS & HARDIES
150 North Michigan Avenue - Suite 2500
Chicago, IL 60601-7567

Michael Anthony Alesia (Mail only)
ALESIA, ALLAMIAN & MENCONI
1111 Plaza Drive, Suite 690
Schaumburg, IL 60173

_____

Passport Mot.wpd

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) MARTIN JAMES ALLAMIAN, *et al.*, ) ) Defendants. ) | No. 01 C 6250<br><br>Hon. Amy J. St. Eve |

## ORDER TO THE DEPARTMENT OF STATE
## REQUESTING AUTHENTICATED PASSPORT RECORDS

This matter comes before the Court on the AGREED MOTION FOR ISSUANCE OF ORDER TO STATE DEPARTMENT FOR PASSPORT RECORDS OF DEFENDANT MARTIN ALLAMIAN, and the Court being fully advised in the premises, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Department of State, through its Research & Liaison Section of the Passport Service is hereby requested to issue authenticated copies of the passport records of

> Martin James Allamian
> SSN: 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
> DOB: July 15, 1962
> Gender: Male
> Place of Birth: Illinois, U.S.A.
>
> Last known residence addresses:
> 40 West La Fox Road, St. Charles, IL 60175
> 5 North La Fox, Road St. Charles, IL 60175
>
> Prior Passport No.: 024226282 (expired March 31, 2002)
>
> REASON FOR REQUEST: Confirmation of status of passport(s) issued to Martin J. Allamian

2. This Order shall be served on the State Department by counsel for Intervenors in accordance with that Department's published procedures for requesting passport records.

    3.      The records shall be delivered to counsel for Intervenors at the following address:

> Constantine John Gekas
> GEKAS & ASSOCIATES, LTD.
> Eleven South La Salle Street - Suite 1020
> Chicago, IL 60603
> (312) 726-4501
> H1G@aol.com

    4.      Counsel for Intervenors shall serve copies of those records on all counsel of record herein.

    5.      Intervenors shall be responsible for all costs and fees charged by the Department of State for the request for the records.

ENTER:

_____
Hon. Amy J. St. Eve
U.S. District Judge

Dated: _____

2

# SEE CASE FILE FOR EXHIBITS