Not-Mot - ZCM.wpd

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARTIN JAMES ALLAMIAN, *et al.*, | ) ) |
| Defendants. | ) ) |
| JOHN H. WALDOCK, solely as Trustee of the JOHN H. WALDOCK TRUST U/A/D 12/1/88, *et al.*, | ) ) ) |
| Counterclaimants/Cross-Claimants, | ) ) |
| v. | ) ) |
| ZURICH CAPITAL MARKETS INC., *et al.*, | ) ) |
| Counter-defendants, and | ) ) ) |
| M.J. DIVERSIFIED FUND, L.P., *et al.*, | ) ) |
| Cross-defendants. | ) |

No. 01 C 6250

Hon. Amy J. St. Eve

FILED
JAN 3 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on Wednesday, February 5, 2003 at 10:00 a.m., or as soon thereafter as I may be heard, I will appear before the Hon. Amy J. St. Eve in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the REPLY RELATING TO PAYMENT OF ATTORNEYS' FEES IN VIOLATION OF PRELIMINARY INJUNCTION, a copy of which is hereby served upon you.

Respectfully submitted,

*/s/*
One of the attorneys for Movants

GEKAS & ASSOCIATES, LTD.
Suite 1020

Eleven South La Salle Street
Chicago, Illinois 60603
(312) 726-4501

## CERTIFICATE OF SERVICE

I certify that on \_\_\_1/31/03\_\_\_, a copy of the foregoing was served on the following persons by facsimile and first class mail unless otherwise shown:

David P. Sanders/Chadwick O. Brooker
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611

Courtney R. Rockett
BOIES, SCHILLER AND FLEXNER LLP
80 Business Park Drive
Armonk, NY 10504

Michael Anthony Alesia (mail only)
ALESIA, ALLAMIAN & MENCONI
1111 Plaza Drive, Suite 690
Schaumburg, IL 60173

Alan B. Vickery/Philippe Z. Selendy
BOIES, SCHILLER AND FLEXNER LLP
570 Lexington Avenue
New York, NY 10022

Michael A. Chabraja  (messenger delivery)
ROSS & HARDIES
150 North Michigan Avenue - Suite 2500
Chicago, IL 60601-7567

_C/Soka_
_C/Soka_

2

## BROADCAST REPORT

TIME : 01/31/2003 17:11
NAME : GEKAS & ASSOCIATES
FAX : 3127264505
TEL : 3127264501
SER.# : BROJ2J643054

| PAGE(S) | 33 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 01/31 | 16:46 | BOIES ARMONK | 08:30 | 33 | OK | ECM |
| 01/31 | 16:55 | BOIES NYC | 06:38 | 33 | OK | ECM |
| 01/31 | 17:02 | ROSS HARDIES | 07:44 | 33 | OK | ECM |
| ***** | ***** | JENNER | 00 | 00 | CANCEL | |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE
PC : PC-FAX

Extention Motion.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)<br>) |
| MARTIN JAMES ALLAMIAN, *et al.*, | )<br>) |
| Defendants. | )<br>) |
| JOHN H. WALDOCK, solely as Trustee of the JOHN H. WALDOCK TRUST U/A/D 12/1/88, *et al.*, | )<br>)<br>) |
| Counterclaimants/Cross-Claimants, | )<br>) |
| v. | )<br>) |
| ZURICH CAPITAL MARKETS INC., *et al.*, | )<br>) |
| Counter-defendants, | ) |
| and | )<br>) |
| M.J. DIVERSIFIED FUND, L.P., *et al.*, | )<br>) |
| Cross-defendants. | ) |

No. 01 C 6250

Hon. Amy J. St. Eve

FILED JAN 3 1 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED FEB 0 4 2003

### INTERVENORS' MOTION TO FILE REPLY RELATING TO PAYMENT OF ATTORNEYS' FEES IN VIOLATION OF PRELIMINARY INJUNCTION, TIME HAVING EXPIRED

Intervenors ask leave to file the attached Reply Relating to Payment of Attorneys' Fees in Violation of Preliminary Injunction in response to the Memorandum of Ross & Hardies on that issue.

Intervenors' counsel was engaged in the preparation of a Petition for a Writ of Certiorari in another case and was unable to complete this Reply until now.

Intervenors expect that on Monday February 3, 2003 they will seek leave to file a Reply to

ZCM's recent Memorandum as well.

Respectfully submitted,

_____
One of the attorneys for Intervenors

GEKAS & ASSOCIATES, LTD.
Suite 1020
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

## CERTIFICATE OF SERVICE

I certify that on 1/31/03, a copy of the foregoing was served on the following persons by facsimile transmission and first class mail unless otherwise shown:

David P. Sanders/Chadwick O. Brooker
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611

Courtney R. Rockett
BOIES, SCHILLER AND FLEXNER LLP
333 Main Street
Armonk, NY 10504

Michael Anthony Alesia (mail only)
ALESIA, ALLAMIAN & MENCONI
1111 Plaza Drive, Suite 690
Schaumburg, IL 60173

Alan B. Vickery/Philippe Z. Selendy
BOIES, SCHILLER AND FLEXNER LLP
570 Lexington Avenue
New York, NY 10022

Michael A. Chabraja (messenger delivery)
ROSS & HARDIES
150 North Michigan Avenue - Suite 2500
Chicago, IL 60601-7567

_____

2